Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

___CIVIL_____ Division

**FILED - MQ**
June 12, 2025 11:11 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_nes SCANNED BY: _ΛΩΣ_ / Ⴑ|I7

Ron G. Blanchette

Case No.

*(to*

**2:25-cv-130**
**Paul L. Maloney**
**United States District Judge**

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

U.S. Postal Service Postmaster General

Veterans Administration General Counsel

Jury Trial: *(check one)*  ☑ Yes  ☐ No

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ron G. Blanchette |
| Street Address | 1001 Selden Road Apt. J |
| City and County | Iron River - Iron County |
| State and Zip Code | Michigan 49935 |
| Telephone Number | (715) 614-4995 |
| E-mail Address | blanchetteron1964@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | United States Postal Service |
| Job or Title *(if known)* | Postmaster General |
| Street Address | 475 L'Enfant Plaza SW |
| City and County | Washington |
| State and Zip Code | D.C. 20260-0010 |
| Telephone Number | (800) 275-8777 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Veterans Administration |
| Job or Title *(if known)* | Secretary of Veterans Affairs |
| Street Address | 810 Vermont Ave. NW |
| City and County | Washington, D.C. |
| State and Zip Code | 20420 |
| Telephone Number | (800) 698-2411 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 U.S. Code Ch. 83 - Sections 1701-1703 (Title 18 Crimes and Misdemeanors )

1701 - Obstruction of Mails Generally
1702 - Obstruction of Correspondence
1703 - Delay or Destruction of Mail or Newspapers

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
         The plaintiff,  *(name)*                                          , is a citizen of the
         State of *(name)*                                         .

   b.    If the plaintiff is a corporation
         The plaintiff,  *(name)*                                          , is incorporated
         under the laws of the State of *(name)*                                         ,
         and has its principal place of business in the State of *(name)*

         *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
         The defendant,  *(name)*                                          , is a citizen of
         the State of *(name)*                              . Or is a citizen of
         *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under

          the laws of the State of *(name)* _____, and has its

          principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____,

          and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy could substantially escalate beyond $75,000 per alleged occurrence, especially when the infractions surrounding the Federal Questions border on criminality. The jury trial selection is necessitated to expose corruption with the bureaucracies in question.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

These claims are precise, specifically the actions of purposeful non compliance of delivery of certified mail that was addressed to the Health and Human Services Office in Salt Lake City, Utah, essentially exposing the medical opinion of a Veterans Administration physician that I personally neither met, nor was subsequently examined under compensation and pension examination protocol. The medical opinion written by the Veterans Administration physician in question was wholly without merit, but yet stood as the conclusion against thorough legal and medical conclusion dictation that clearly granted complete compensation with medical evidence submitted to the Veterans Administration back in 2007.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Briefly and pointedly, I am an Honorably Discharged Veteran of the United States Navy, and my goal is to make a shameful example of unethical behavior within both of these entities.Currently, the 100 percent service connected disability pay rate for a single veteran is $3,831.00 per month. The claimed aggravations began in 1992 The total for all arrears payments due is 396 months x $3,831.00 per month equaling $1,571,076.00. Punitive damages enforced upon both entities should be $1,000,000.00 per each violation of 18 U.S. Code - Ch. 83 Sections 1701 - 1703 (Title 18 - Crimes and Misdemeanors ). These exemplary and punitive damages should total

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          06/10/2025

Signature of Plaintiff

Printed Name of Plaintiff      Ron G. Blanchette

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

PRIORITY MAIL
FLAT RATE ENVELO
POSTAGE REQUIRE

*LY TO SEAL*

*ITY®*
*L*

*l destinations.*

*overage.*

Package Pickup,
QR code.



*M/PICKUP*



FROM:
Ron G. Blanchette
1001 Selden Rd, Apt. J
Iron River, Michigan 49935

TO:
United States District Court
Western District of Michigan
330 Federal Building
202 Washington Street
P.O. Box 698
Marquette, Michigan
49855

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRESS FIRMLY TO SEAL

FSC
MIX

PRESS FIR

This package is made from post-consumer waste. Please recycle - again.

**UNITED STATES POSTAL SERVICE.**

Retail

**P**

**US POSTAGE PAID**

**$10.10**

Origin: 49935
06/10/25
2547300529-03

**IOR**
**MAI**

**PRIORITY MAIL®**

0 Lb 3.10 Oz

**RDC 03**

pply).*

EXPECTED DELIVERY DAY: 06/13/25

nation

ired.

**B006**

SHIP
TO:

PO BOX 698
MARQUETTE MI 49855-0698

see the

ons of

■ Expected
■ Domestic
■ USPS Tr
■ Limited i
■ When use

*Insurance do
Domestic Mail
** See Internat

**USPS TRACKING® #**

dule fre
scan th

9505 5127 5531 5161 6965 30

PS.C

**FLAT**
**ONE RATE**

**TRACI**

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PA
PO