UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RON G. BLANCHETTE,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE, et al.,

    Defendants.
_____/

Case No. 2:25-cv-130

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  August 4, 2025            /s/ Paul L. Maloney
                                                                                             Paul L. Maloney
                                                                                              United States District Judge